15-431-CR

Cause No. 2014 CR 0290
2014 CR 0291

State of Texas                          In the District Court

vs                                      ____ Judicial District

David Termain Hawkins                   Bexon County Texas

Motion for Appointment of
Counsel on Defendants Appeal

Now Comes David Hawkins, defendant, in the above styled numbered cause and files this motion for Attorney on Appeal pursuant to Art. 26.04 (j).

Defendant Hawkins prays this court grant his motion in all respects.

July 16, 2015
Respectfully Submitted

David Termain Hawkins

I, David Hawkins declare under penalty of perjury that the above and forgoing is true

David Hawkins

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 JUL 20 PM 1:13
KEITH E. HOTTLE, CLERK
Keith E. Hottle

July 16, 2015

Clerk of Court
101 W. Nueva 5th Flr.
San Antonio TR. 78207

RE: Cause No. 2014 CR 0270
2014 CR 0291
Appeal Attorney Request

Dear Clerk,
Enclosed please find defendant's
motion for Appeal Attorney to be filed in the
above-numbered cause.
Thank you for your time in this matter.

Sincerely,

Darrell Termain Hawkins

David Hawkins #1039387
200 N. Comal - St - AE-8
San Antonio, TX 78207

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
16 JUL 2015 PM 1 L

FOREVER

USA

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 JUL 20 PM 1:13

KEITH E. HOTTLE, CLERK

Court of Appeals
Fourth Court of Appeals, District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, TX

7820530379